# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

TINA and ROBERT DELLABELLA,      )
                                                              )
                Plaintiffs,      )
                                )
     vs.                          )      Civil Action No. 1:15-cv-10453-RWZ
                                )
PAYPAL, INC.; and DOES 1-10, inclusive,    )
                                )
                                )
              Defendants.     )
_____

### DEFENDANT PAYPAL, INC.'S UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD
### WITH RESPECT TO PLAINTIFFS' COMPLAINT

Defendant Paypal, Inc. ("Paypal"), by its counsel, respectfully moves this Court for an extension of time to answer or otherwise plead with respect to the Complaint filed by plaintiffs Tina and Robert Dellabella (the "Dellabellas"). In support of its motion, Paypal states as follows:

1. The Dellabellas filed this action in the United States District Court for the District of Massachusetts on February 19, 2015.

2. Service of the complaint on Paypal was completed by summons on March 9, 2015.

3. Pursuant to Federal Rule of Civil Procedure 12(a), Paypal's response to the Plaintiffs' Complaint is currently due on March 30, 2015. This Motion is therefore timely.

4. To prepare an appropriate response, Paypal respectfully requests an extension of time for Paypal to answer or otherwise respond to April 30, 2015.

5.  On March 24, 2015, counsel for Paypal conferred with counsel for the Dellabellas, and counsel for the Dellabellas agreed to the requested extension of time for Paypal to answer or otherwise respond to April 30, 2015.

6.  This is Paypal's first request for an extension from this Court.  This motion is made in the interest of justice, not to delay the proceedings, and will not prejudice any party.

WHEREFORE, defendant Paypal, by its attorney, respectfully requests that this Court grant an extension of time for Paypal to answer or otherwise respond to April 30, 2015.

Dated:  March 27, 2015.

Respectfully submitted,

*s/ Corey D. Winer*
Corey D. Winer (BBO #678410)
SIDLEY AUSTIN LLP
60 State Street, 34th Floor
Boston, Massachusetts 02109
Ph:  (617) 223-0352
Fax:  (617) 223-0301
cwiner@sidley.com

*Attorney for Defendant Paypal, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, March 27, 2015, I electronically filed the above Unopposed Motion for Extension of Time to Answer or Otherwise Plead With Respect to Plaintiffs' Complaint using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*s/ Corey D. Winer*
Corey D. Winer

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that attorneys for the defendant, Paypal, Inc. have conferred with attorneys for the plaintiffs, Tina and Robert Dellabella, and attorneys for the plaintiffs have agreed to the requested extension of time for Paypal, Inc. to answer or otherwise respond to April 30, 2015.

*s/ Corey D. Winer*
Corey D. Winer

Dated: March 27, 2015