# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

TINA and ROBERT DELLABELLA,           )
                                      )
              Plaintiffs,        )
                                      )
   vs.                                )   Civil Action No. 1:15-cv-10453-RWZ
                                      )
PAYPAL, INC.; and DOES 1-10, inclusive, )
                                      )
                                      )
              Defendants.        )
_____

### DEFENDANT PAYPAL, INC.'S ASSENTED-TO MOTION
### FOR EXTENSION OF TIME TO ANSWER OR
### <u>OTHERWISE PLEAD WITH RESPECT TO PLAINTIFFS' COMPLAINT</u>

Defendant Paypal, Inc. ("Paypal"), by its counsel, respectfully moves this Court for an extension of time to answer or otherwise plead with respect to the Complaint filed by plaintiffs Tina and Robert Dellabella ("Plaintiffs"). Counsel for Paypal has consulted with counsel for Plaintiffs, who has consented to the brief extension of time requested herein. In support of its motion, Paypal states as follows:

   1. Plaintiffs filed this action on February 19, 2015 and service of the Complaint on Paypal was completed by summons on or about March 9, 2015.

   2. Pursuant to the Court's March 30, 2015 Order (Dkt #8) granting PayPal's prior unopposed motion for an extension of time to answer or otherwise plead with respect to the Complaint, Paypal's response to Plaintiffs' Complaint is currently due on April 30, 2015.

   3. In order to allow Paypal to complete its review of Plaintiffs' allegations, to enable the parties to further confer and determine whether a resolution of this action might be possible, and to allow Paypal adequate time to prepare a response to Plaintiffs' Complaint, Paypal respectfully

requests an extension of time, up to and including June 2, 2015, to answer or otherwise respond to the Complaint.

4. On April 23, 2015, counsel for Paypal conferred with Plaintiffs' counsel, and Plaintiffs' counsel agreed to the requested extension of time, up to and including June 2, 2015, for Paypal to answer or otherwise respond to the Complaint.

5. This is Paypal's second request for an extension from this Court. This motion is made for good cause and in the interest of justice, not to delay the proceedings, and will not prejudice any party.

WHEREFORE, defendant Paypal, by its counsel, respectfully requests that this Court grant an extension of time, to and including June 2, 2015, for Paypal to answer or otherwise respond to the Complaint.

Dated: April 23, 2015

Respectfully submitted,

*s/ Corey D. Winer*
Corey D. Winer (BBO #678410)
SIDLEY AUSTIN LLP
60 State Street, 34th Floor
Boston, Massachusetts 02109
Ph: (617) 223-0352
Fax: (617) 223-0301
cwiner@sidley.com

*Attorney for Defendant Paypal, Inc.*

## **LOCAL RULE 7.1 CERTIFICATION**

  I hereby certify that counsel for the defendant, Paypal, Inc., has conferred with attorneys for the plaintiffs, Tina and Robert Dellabella, and attorneys for the plaintiffs have agreed to the requested extension of time, to and including June 2, 2015, for Paypal, Inc. to answer or otherwise respond to the Complaint.

              *s/ Corey D. Winer*
              Corey D. Winer

Dated: April 23, 2015

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this day, April 23, 2015, I electronically filed the above Assented-To Motion for Extension of Time to Answer or Otherwise Plead With Respect to Plaintiffs' Complaint using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

              *s/ Corey D. Winer*
              Corey D. Winer