**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                              )
TINA and ROBERT DELLABELLA,        )
                                                              )
                 Plaintiffs,                    )
                                                              )
    vs.                                                 )   Civil Action No. 1:15-cv-10453-RWZ
                                                              )
PAYPAL, INC.; and DOES 1-10, inclusive,  )
                                                              )
                                                              )
                 Defendants.                  )
_____

**DEFENDANT PAYPAL, INC.'S ASSENTED-TO MOTION**
**FOR EXTENSION OF TIME TO ANSWER OR**
**OTHERWISE PLEAD WITH RESPECT TO PLAINTIFFS' COMPLAINT**

Defendant Paypal, Inc. ("Paypal"), by its counsel, respectfully moves this Court for an extension of time to answer or otherwise plead with respect to the Complaint filed by plaintiffs Tina and Robert Dellabella ("Plaintiffs"). Counsel for Paypal has consulted with counsel for Plaintiffs, who has consented to the brief extension of time requested herein. In support of its motion, Paypal states as follows:

1. Plaintiffs filed this action on February 19, 2015 and service of the Complaint on Paypal was completed by summons on or about March 9, 2015.

2. Pursuant to the Court's April 24, 2015 Order (Dkt #10) (the "Order") granting PayPal's prior assented-to motion for an extension of time to answer or otherwise plead with respect to the Complaint, Paypal's response to Plaintiffs' Complaint is currently due on June 2, 2015.

3. Since the Court's Order, Paypal has reviewed Plaintiffs' allegations and the parties have conferred further concerning the allegations to determine whether a resolution of this action might be possible.

4. In order to allow the parties sufficient time to continue conferring and, as necessary, to allow Paypal adequate time to prepare a response to Plaintiffs' Complaint, Paypal respectfully requests an extension of time, up to and including June 23, 2015, to answer or otherwise respond to the Complaint.

5. On May 22, 2015, counsel for Paypal conferred with Plaintiffs' counsel, and Plaintiffs' counsel agreed to the requested extension of time, up to and including June 23, 2015, for Paypal to answer or otherwise respond to the Complaint.

6. This is Paypal's third request for an extension from this Court. This motion is made for good cause and in the interest of justice, not to delay the proceedings, and will not prejudice any party.

WHEREFORE, defendant Paypal, by its counsel, respectfully requests that this Court grant an extension of time, to and including June 23, 2015, for Paypal to answer or otherwise respond to the Complaint.

Dated: May 26, 2015

Respectfully submitted,

*s/ Corey D. Winer*
Corey D. Winer (BBO #678410)
SIDLEY AUSTIN LLP
60 State Street, 34th Floor
Boston, Massachusetts 02109
Ph: (617) 223-0352
Fax: (617) 223-0301
cwiner@sidley.com

*Attorney for Defendant Paypal, Inc.*

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that counsel for the defendant, Paypal, Inc., has conferred with attorneys for the plaintiffs, Tina and Robert Dellabella, and attorneys for the plaintiffs have agreed to the requested extension of time, to and including June 23, 2015, for Paypal, Inc. to answer or otherwise respond to the Complaint.

<i>s/ Corey D. Winer</i><br>
Corey D. Winer

Dated: May 26, 2015

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, May 26, 2015, I electronically filed the above Assented-To Motion for Extension of Time to Answer or Otherwise Plead With Respect to Plaintiffs' Complaint using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

<i>s/ Corey D. Winer</i><br>
Corey D. Winer