**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
)
TINA and ROBERT DELLABELLA, )
)
Plaintiffs, )
)
vs. ) Civil Action No. 1:15-cv-10453-RWZ
)
PAYPAL, INC.; and DOES 1-10, inclusive, )
)
)
Defendants. )
------------------------------------------------------

**DEFENDANT PAYPAL, INC.'S ASSENTED-TO MOTION**
**FOR EXTENSION OF TIME TO ANSWER OR**
**OTHERWISE PLEAD WITH RESPECT TO PLAINTIFFS' COMPLAINT**

Defendant Paypal, Inc. ("Paypal"), by its counsel, respectfully moves this Court for an extension of time to answer or otherwise plead with respect to the Complaint filed by plaintiffs Tina and Robert Dellabella ("Plaintiffs"). Counsel for Paypal has consulted with counsel for Plaintiffs, who has consented to the extension of time requested herein. In support of its motion, Paypal states as follows:

1. Plaintiffs filed this action on February 19, 2015 and service of the Complaint on Paypal was completed by summons on or about March 9, 2015.

2. Pursuant to the Court's May 26, 2015 Order (Dkt #12) (the "Order") granting PayPal's prior assented-to motion for an extension of time to answer or otherwise plead with respect to the Complaint, Paypal's response to Plaintiffs' Complaint is currently due on June 23, 2015.

3. Since the Court's Order, counsel for the parties have had regular correspondence regarding whether there is a factual basis to support the allegations in the Plaintiffs' Complaint.

4. On June 12, 2015, in an effort to obtain clarity on the facts of this dispute, Plaintiffs' counsel, pursuant to Fed. R. Civ. P. 45, served subpoenas on Plaintiffs' two service providers requesting telephone logs for two phone numbers for the Plaintiffs. Plaintiffs' counsel anticipates receiving the telephone logs within 30 days of service of the subpoenas.

5. In order to account for any potential delays in the service providers' production of the telephone logs, to allow Plaintiffs' counsel sufficient time to review the telephone logs, and, as necessary, to allow Paypal adequate time to prepare a response to Plaintiffs' Complaint, Paypal respectfully requests an extension of time, up to and including August 18, 2015, to answer or otherwise respond to the Complaint.

6. On June 12, 2015, counsel for Paypal conferred with Plaintiffs' counsel, and Plaintiffs' counsel agreed to the requested extension of time, up to and including August 18, 2015, for Paypal to answer or otherwise respond to the Complaint.

7. This is Paypal's fourth request for an extension from this Court and is assented to by Plaintiffs' counsel. This motion is made for good cause and in the interest of justice, not to delay the proceedings, and will not prejudice any party.

WHEREFORE, defendant Paypal, by its counsel, respectfully requests that this Court grant an extension of time, up to and including August 18, 2015, for Paypal to answer or otherwise respond to the Complaint.

Dated:  June 16, 2015

        Respectfully submitted,

        *s/ Corey D. Winer*
        Corey D. Winer (BBO #678410)
        SIDLEY AUSTIN LLP
        60 State Street, 34th Floor
        Boston, Massachusetts 02109
        Ph:  (617) 223-0352
        Fax:  (617) 223-0301
        cwiner@sidley.com

        *Attorney for Defendant Paypal, Inc.*

## LOCAL RULE 7.1 CERTIFICATION

      I hereby certify that counsel for the defendant, Paypal, Inc., has conferred with attorneys for the plaintiffs, Tina and Robert Dellabella, and attorneys for the plaintiffs have agreed to the requested extension of time, up to and including August 18, 2015, for Paypal, Inc. to answer or otherwise respond to the Complaint.

        *s/ Corey D. Winer*
        Corey D. Winer

Dated: June 16, 2015

## CERTIFICATE OF SERVICE

      I hereby certify that on this day, June 16, 2015, I electronically filed the above Assented-To Motion for Extension of Time to Answer or Otherwise Plead With Respect to Plaintiffs' Complaint using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

        *s/ Corey D. Winer*
        Corey D. Winer