**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Tina and Robert Dellabella,

              Plaintiffs,

v.

Case No.: 1:15-cv-10453-RWZ

PayPal, Inc.: and DOES 1-10, inclusive,

              Defendants.

**JOINT STATEMENT**

      Plaintiffs, Tina and Robert Dellabella, and Defendant, PayPal, Inc., respectfully submit the following Joint Statement in accordance with this Court's LR 16.1(d):

I. **Proposed Pre-Trial Schedule**

    1. **Initial Disclosures.** Initial Disclosures required by FRCP 26(a)(1) must be completed by **October 8, 2015**.

    2. **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **January 8, 2016**.

    3. **Fact discovery – Interim Deadlines.**

        a. All first requests for production of documents and interrogatories must be served no later than **January 8, 2016**.

        b. All requests for admissions must be served no later than **March 10, 2016**.

        c. All depositions other than expert depositions, must be completed no later than **June 24, 2016**.

    4. **Fact Discovery – Final Deadline.** All discovery, other than expert discovery, must be completed no later than **June 24, 2016**.

5. **Expert Discovery.**

   a. Plaintiffs' trial expert(s) must be designated, and the information contemplated by FRCP 26(a)(2) must be disclosed no later than **June 24, 2016.**

   b. Defendants' trial expert(s) must be designated, and the information contemplated by FRCP 26(a)(2) must be disclosed no later than **July 22, 2016.**

   c. The depositions of all trial experts must be completed no later than **August 26, 2016**, with the deposition of Plaintiffs' expert(s) to precede the deposition of Defendants' expert(s).

6. **Dispositive Motions.**

   a. Dispositive Motions such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings must be filed no later than **September 30, 2016.**

   b. Opposition to dispositive motions must be filed within 21 days after service of the motion.

   c. Reply briefs may be filed within 10 days after service of an Opposition.

II. Plaintiffs do not consent to trial by magistrate judge.

III. In preparing this Joint Statement, the parties have taken into account the desirability of conducting phased discovery.  The parties have considered and do not believe that a proposed agreement governing the preservation and production of electronically stored information is necessary in this case at this time, but the parties may revisit the issue at a later point in the case.

IV. The parties' LR 16 Certifications will be filed separately.

By: /s/ *Sergei Lemberg*
Sergei Lemberg, Esq. (Bar Roll No. 650671)
LEMBERG LAW, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
slemberg@lemberglaw.com
*Attorney for Plaintiffs*

By: */s/ Corey D. Winer*
Corey D. Winer (BBO #678410)
SIDLEY AUSTIN LLP
60 State Street, 34th Floor
Boston, Massachusetts 02109
Telephone: (617) 223-0352
Facsimile: (617) 223-0301
cwiner@sidley.com
*Attorney for Defendant*

DATED:  September 4, 2015

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 4, 2015, a true and correct copy of the foregoing Joint Statement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following parties:

Corey D. Winer
SIDLEY AUSTIN LLP
60 State Street, 34th Floor
Boston, Massachusetts 02109
*Attorney for Defendant*

                                                  By /s/ Sergei Lemberg
                                                    Sergei Lemberg, Esq.