**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
|  |  |
|---|---|
| TINA and ROBERT DELLABELLA, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| vs. | )   Civil Action No. 1:15-cv-10453-RWZ |
|  | ) |
| PAYPAL, INC.; and DOES 1-10, inclusive, | ) |
|  | ) |
|  | ) |
|  | ) |
| Defendants. | ) |

_____

**DEFENDANT PAYPAL, INC.'S LOCAL RULE 16.1 CERTIFICATE**

Undersigned counsel for Defendant PayPal, Inc. ("PayPal") and Katie Krajeck, Litigation Counsel and an authorized representative of PayPal, affirm that they have conferred with a view toward establishing a budget for the costs of conducting the full course–and various alternative courses–of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated:  September 4, 2015			Respectfully submitted,


				*s/ Corey D. Winer*
				Corey D. Winer (BBO #678410)
				SIDLEY AUSTIN LLP
				60 State Street, 34th Floor
				Boston, Massachusetts 02109
				Ph:  (617) 223-0352
				Fax:  (617) 223-0301
				cwiner@sidley.com


				*s/ Katie Krajeck*
				Katie Krajeck
				Litigation Counsel, on behalf of PayPal, Inc.
				2211 N 1st St
				San Jose, California 95125
				Ph:  (408) 967-7267
				kkrajeck@paypal.com

				*Attorneys for Defendant PayPal, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this day, September 4, 2015, I electronically filed the above Local Rule 16.1 Certificate using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                              *s/ Corey D. Winer*
                                              Corey D. Winer