# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Dellabella et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:15-cv-10453-RWZ |
| Paypal, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Tina and Robert Dellabella                                                                .

Date:  09/09/2015

/s/ Ashley Forest
*Attorney's signature*

Ashley Forest, BBO: 668187
*Printed name and bar number*

Ten Post Office Square 8th Floor,
Boston, Massachusetts 02109

*Address*

forest@ashleyforestlaw.com
*E-mail address*

(617) 504-2364
*Telephone number*

(617) 692-2901
*FAX number*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 9, 2015, a true and correct copy of the foregoing Notice of Appearance served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice to the following:

Corey D. Winer
SIDLEY AUSTIN LLP
60 State Street, 34th Floor
Boston, Massachusetts 02109
*Attorney for Defendant*

                                                    /s/ Ashley Forest
                                                    Ashley Forest, Esq.