**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

----------------------------------------------------------------

| | |
|---|---|
| TINA and ROBERT DELLABELLA,        ) | |
| )  | |
| Plaintiffs,        ) | |
| )  | |
| vs.        ) | Civil Action No. 1:15-cv-10453-RWZ |
| )  | |
| PAYPAL, INC.; and DOES 1-10, inclusive,        ) | |
| )  | |
| Defendants.        ) | |

----------------------------------------------------------------

## <u>NOTICE OF APPEARANCE</u>

Undersigned counsel, Jack W. Pirozzolo of Sidley Austin LLP, hereby gives notice of his appearance as counsel for and on behalf of Defendant PayPal, Inc.  The undersigned counsel, duly admitted in the U.S. District Court for the District of Massachusetts, requests that all pleadings, notices, orders, correspondence, and other papers in this proceeding be directed to the undersigned at the address listed below.

Dated: September 15, 2015                     Respectfully Submitted,

By:  */s/ Jack W. Pirozzolo*
    Jack W. Pirozzolo (BBO# 564879)
    SIDLEY AUSTIN LLP
    60 State Street, 34th Floor
    Boston, Massachusetts 02109
    Telephone: (617) 223-0304
    Facsimile:  (617) 223-0301
    jpirozzolo@sidley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, September 15, 2015, I electronically filed the above Notice of Appearance using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ Jack W. Pirozzolo
Jack W. Pirozzolo