## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Tina and Robert Dellabella, | : |
| Plaintiffs, | : |
| v. | : Civil Action No.: 1:15-cv-10453-RWZ |
| Paypal, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

The Plaintiffs, Tina and Robert Dellabella ("Plaintiffs"), by and through counsel, hereby move pursuant to Fed. R Civ. P. 6(b) for an extension of time to respond to Defendant Paypal, Inc.'s ("Paypal") discovery requests, through January 13, 2016.  In support, Plaintiffs state:

1. Plaintiffs filed this lawsuit on February 19, 2015, and served Paypal on March 9, 2015. (Doc. Nos. 1, 6).

2. From March 27, 2015 through June 16, 2015, Paypal filed four motions for extensions of time to file its Answer to Plaintiff's complaint.  Plaintiffs did not oppose the first motion and assented to the following three. (Doc. Nos. 6, 9, 11, 14).  The Court said 'no more' (*see* Doc. No. 14 ("This is the last extension.")), and Defendant answered the complaint on August 18, 2015. (Doc. No. 16).

3. On November 20, 2015, Defendant issued its First Set of Interrogatories and Requests for Production of Documents to Plaintiff.  Pursuant to Fed. R. Civ. P. Rules 33, 34, and 6(d), Plaintiff had through December 24, 2015 to respond.

4. On December 23, 2015, Plaintiff's counsel requested of Defendant's counsel an extension of time to respond to Defendant's discovery requests through January 13, 2016.[1] Plaintiffs' counsel's experience is that the granting of such requests is a routine matter of professional courtesy in this jurisdiction rarely requiring judicial intervention. Plaintiff's counsel routinely grants such requests (and granted similar requests for Defendant here, *see, e.g.*, Doc. Nos. 6, 9, 11, 14).

5. On December 23, 2015, Defendant's counsel declined Plaintiff's request for an extension of time and asserted Plaintiff's responses be made December 24, 2015.

6. Plaintiffs' counsel is working to respond to Paypal's discovery requests but requires additional time to confer with Plaintiffs on their responses. Plaintiffs accordingly request that the deadline to respond to Paypal's First Set of Interrogatories and Requests for Production of Documents through January 13, 2016.

7. Granting of Plaintiffs' request will not prejudice Paypal, as Paypal will have more than two weeks' time after Plaintiffs' responses to conduct discovery (assuming the discovery deadline remains January 29, 2016, *see* fn.1 *supra*).

WHEREFORE, Plaintiffs respectfully request that the Court extend the time for Plaintiffs to respond to Paypal's First Set of Interrogatories and Requests for Production of Documents through January 13, 2016.

Dated: December 29, 2015

---

[1] In the same December 23, 2015 email, Plaintiffs' counsel inquired of Defendant's counsel whether Defendant would be producing documents in response to Plaintiff's First Set of Interrogatories and Requests for Production, which were issued to Defendant on November 5, 2015. The parties entered a protective order on December 17, 2015 (Doc. No. 24), which Defendant's production was to follow. Plaintiffs received Defendant's document production December 28, 2015. Plaintiffs anticipate moving the Court to extend the fact discovery deadline (currently January 29, 2016, *see* Doc. No. 23), so that Plaintiff may review Defendant's production and make further requests of Defendant as needed.

3

        PLAINTIFFS,
Tina and Robert Dellabella

By:    /s/ Sergei Lemberg
Sergei Lemberg, Esq.
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
T.(203) 653-2250.ext.5500
F.(203) 653-3424

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

THIS IS TO CERTIFY that I conferred with counsel of the Defendant on December 28, 2015 and December 29, 2015 in a good faith effort to resolve or narrow the dispute set forth herein.  The conference did not resolve the dispute.

By */s/ Sergei Lemberg*
Sergei Lemberg

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on December 29, 2015, a copy of the foregoing was filed via the CM/ECF system for the District of Massachusetts, which sent notice of such filing to:

Corey D. Winer
SIDLEY AUSTIN LLP
60 State Street, 34th Floor
Boston, Massachusetts 02109
cwiner@sidley.com

*/s/ Sergei Lemberg*
Sergei Lemberg