**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Tina and Robert Dellabella, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:15-cv-10453-RWZ |
| Time Warner Cable, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 26, 2016

                                              Respectfully submitted,

                                              PLAINTIFFS, Tina and Robert Dellabella

                                              */s/ Sergei Lemberg*

                                              Sergei Lemberg, Esq.
                                              B.B.O. No.: 650671
                                              **LEMBERG LAW, L.L.C.**
                                              43 Danbury Road, 3rd Floor
                                              Wilton, CT 06897
                                              Telephone: (203) 653-2250
                                              Facsimile:  (203) 653-3424
                                              slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 26, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ *Sergei Lemberg*
                                             Sergei Lemberg, Esq.