# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Tina and Robert Dellabella,<br><br>          Plaintiffs,<br>v.<br><br>Paypal, Inc.; and DOES 1-10, inclusive,<br><br>          Defendants. | Civil Action No.:  1:15-cv-10453-RWZ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without fees or costs to any party, and with each party expressly waiving all rights of appeal.  The Court will retain jurisdiction solely to enforce the terms of the settlement agreement.

Respectfully submitted,

| Tina and Robert Dellabella | PayPal, Inc. |
|---|---|
| ___/s/ Sergei Lemberg_____ | /s/ Corey D. Winer_____ |
| Sergei Lemberg, Esq.<br>BBO No.: 650671<br>LEMBERG LAW, LLC<br>43 Danbury Road<br>Wilton, CT  06897<br>(203) 653-2250<br>*Attorney for Plaintiffs* | Corey D. Winer, Esq.<br>BBO No.: 678410<br>SIDLEY AUSTIN LLP<br>60 State Street, 36th Floor<br>Boston, MA 02109<br>(617) 223-0352<br>*Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 8, 2016, a true and correct copy of the foregoing Stipulation of Dismissal With Prejudice was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By */s/ Sergei Lemberg*
      Sergei Lemberg